Kristina S. Holman
Nevada Bar No. 3742
HOLMAN LAW OFFICE
703 S. Eighth Street
Las Vegas, NV 89101
Tel: (702) 614-4777
Fax: (702) 487-3128
kholman@kristinaholman.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA L. HUST,<br><br>        Plaintiff,<br><br>vs.<br><br>DISCOUNT FIREARMS & AMMO, LLC, A Nevada corporation; J&J ENTERPRISES SERVICES, INC., a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>        Defendants. | **Case No.: 2:13-cv-02335-MMD-PAL**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br>**(THIRD REQUEST)** |

      Plaintiff, Diana L. Hust, by and through her attorney of record, Kristina S. Holman, and Defendants, DISCOUNT FIREARMS & AMMO, LLC, A NEVADA CORPORATION; J&J ENTERPRISES SERVICES, INC., by and through their attorney, Michael T. Gebhart, hereby submit their Stipulation and Order to extend time to file the Joint Pretrial Order.  This extension is requested in good faith and for good cause, and not for the purpose of delay.  The parties are requesting a one week extension to file the Joint Pretrial Order. The original date the Pretrial Order is due is **Thursday, October 15. 2015.** The parties now respectfully request a one-week extension up to and including **Thursday, October 22, 2015** in which to file the joint pretrial statement.

1

Plaintiff's counsel has had personal family medical issues involving an out-of-state hospitalization since late April through mid-September 2015. With travelling back and forth and maintaining her solo law practice, it has been very difficult. This length of time out of her office was never anticipated and was never certain. Finally, on September 16, 2015, Plaintiff's counsel returned to Las Vegas on a permanent basis and is working on this case as well as other cases which require attention.

Dated this 15th day of October, 2015

| HOLMAN LAW OFFICE | PEEL BRIMLEY, LLP |
|---|---|
| By: /s/ Kristina S. Holman<br>    Kristina S. Holman<br>    Nevada Bar No. 3742<br>    703 S. Eighth Street<br>    Las Vegas, NV 89101<br>    Tel: (702) 614-4777<br>    Fax: (702) 487-3128<br>    Email: kholman@kristinaholman.com<br>    *Attorney for Plaintiff,*<br>    *Diana L. Hust* | By: /s/ Michael T. Gebhart<br>    Michael T. Gebhart<br>    Nevada Bar No. 7718<br>    3333 E. Serene Ave., #200<br>    Henderson, NV 89074<br>    Tel: (702) 990-7272<br>    Fax: (702) 990-7273<br>    Email: mgebhart@peelbrimley.com<br>    *Attorney for Defendant,*<br>    *DISCOUNT FIREARMS &*<br>    *AMMO, LLC* |

### **ORDER**

IT IS SO ORDERED.

Dated this 19th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE