Kristina S. Holman
Nevada Bar No. 3742
HOLMAN LAW OFFICE
703 S. Eighth Street
Las Vegas, NV 89101
Tel: (702) 614-4777
Fax: (702) 487-3128
kholman@kristinaholman.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA L. HUST,<br><br>        Plaintiff,<br><br>vs.<br><br>DISCOUNT FIREARMS & AMMO, LLC, A Nevada corporation; J&J ENTERPRISES SERVICES, INC., a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>        Defendants. | Case No.: 2:13-cv-02335-MMD-PAL<br><br>**MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br>**(4TH REQUEST)** |

   Plaintiff, Diana L. Hust, by and through her attorney of record, Kristina S. Holman, moves this Court for additional time for the parties to submit their Joint Pretrial Order. This extension is requested in good faith and for good cause, and not for the purpose of undue delay.

   Plaintiff's counsel, Ms. Holman, submitted (by email) the joint pretrial order to Defendant's counsel this afternoon for his review. Ms. Holman also called his office this afternoon and was advised that he was gone for the day. Ms. Holman advised him that if she did not receive a reply that she would file this motion with the Court since the filing deadline was yesterday.

Plaintiff requests an additional three (3) days for opposing counsel to complete his review, and to discuss any revisions or additions. Plaintiff's counsel anticipates that the parties should have the joint pretrial order filed with the Court on or before **Wednesday, October 28, 2015**.

The joint pretrial order was initially due to be filed by Thursday, October 15. 2015. The parties stipulated and this Court granted a one-week extension up to and including Thursday, October 22, 2015 in which to file the joint pretrial statement. Plaintiff's counsel received Defendant's information (two email messages) for inclusion in the joint pretrial order just yesterday morning. Plaintiff's counsel has prepared the joint pretrial order and incorporated that information, and has submitted it to opposing counsel today, waiting for his approval. Yesterday, due to problems with the computer (for which she has contacted IT), the process of opening email was delayed. When opposing counsel's information was obtained, it was included. Plaintiff's counsel called opposing counsel yesterday late afternoon advising his staff of the computer difficulties but that she was incorporating his information.

Plaintiff respectfully requests that this Court grant this motion of an additional three days to allow Defendant the opportunity to review the pretrial order.

Dated this 23rd day of October, 2015

HOLMAN LAW OFFICE

By: _____
Kristina S. Holman
Nevada Bar No. 3742
703 S. Eighth Street
Las Vegas, NV 89101
*Attorney for Plaintiff,*
*Diana L. Hust*

IT IS SO ORDERED this 27th day of October, 2015.

_____
Peggy A. Leen
United States Magistrate Judge