1  Kristina S. Holman
   Nevada Bar No. 3742
2  HOLMAN LAW OFFICE
3  703 S. Eighth Street
   Las Vegas, NV 89101
4  Tel: (702) 614-4777
   Fax: (702) 487-3128
5  kholman@kristinaholman.com
6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9  DIANA L. HUST,                        Case No.: 2:13-cv-02335-MMD-PAL
10
              Plaintiff,                 STIPULATION AND ORDER FOR
11                                       DISMISSAL WITH PREJUDICE
12 vs.

13 DISCOUNT FIREARMS & AMMO, LLC, A
   Nevada corporation; J&J ENTERPRISES
14 SERVICES, INC., a Nevada corporation; ROE
   CORPORATIONS I through X, inclusive; and
15 DOES I through X, inclusive,
16
              Defendants.
17
18      IT IS HEREBY STIPULATED AND AGREED by and between the parties through

19 their respective counsel, that the above-entitled action be dismissed with prejudice, the parties

20 / / /
21 / / /
22
   / / /
23
24 / / /

25 / / /

26 / / /
27
   / / /
28

                                       1

to bear their own costs and attorneys' fees.

Dated this 22nd day of April, 2016

HOLMAN LAW OFFICE

By: /s/ Kristina S. Holman
    Kristina S. Holman
    Nevada Bar No. 3742
    703 S. Eighth Street
    Las Vegas, NV 89101
    Tel: (702) 614-4777
    Fax: (702) 487-3128
    Email: kholman@kristinaholman.com
    *Attorney for Plaintiff,*
    *Diana L. Hust*

Dated this 22nd day of April, 2016

By: /s/ Michael T. Gebhart
    Michael T. Gebhart
    Nevada Bar No. 7718
    728 Fortacre Street
    Henderson, NV 89002
    (702) 324-8341
    Email: Michael.Gebhart@hotmail.com
    *Attorney for Defendant,*
    *Discount Firearms &*
    *AMMO, LLC*

**ORDER**

IT IS SO ORDERED.

Dated this 26th day of April, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE